1  LAWRENCE G. TOWNSEND (SBN 88184)
   ltownsend@owe.com
2  LAW OFFICES OF
   LAWRENCE G. TOWNSEND
3  455 Market Street, Ste. 1910
   San Francisco, CA 94105
4  Telephone: 415-882-3288
   Fax: 415-882-3299
5
   STEPHEN W. TROPP (SBN 119325)
6  stropp@rmslaw.com
   ROSENFELD, MEYER & SUSMAN, LLP
7  232 N. Canon Dr.
   Beverly Hill, CA 90210
8  Telephone: 310-858-7700
   Fax: 310-860-2430
9

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

| JIM MARSHALL PHOTOGRAPHY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LOY-TAUBMAN, INC., a New York corporation; LTI/ LIGHTSIDE, INC., a New York corporation<br><br>Defendants. | Case No.: CV-13-01836 FMO(MRWx)<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed R. Civ. Proc. 41(a)] |
|---|---|

21     TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
22  RECORD:
23     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
24  41(a)(1)(A)(i), Plaintiff Jim Marshall Photography, LLC hereby dismisses this
25  action in its entirety, with prejudice.

---
1
NOTICE OF DISMISSAL WITH PREJUDICE

1     The parties will bear their own attorney's fees and costs.

3   Dated: May 30, 2013            LAW OFFICES OF LAWRENCE G. TOWNSEND

By: /s/ Lawrence G. Townsend

Lawrence G. Townsend
Attorneys for Plaintiff
JIM MARSHALL PHOTOGRAPHY, LLC